UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALEX ORTIZ,

                      Plaintiff,

-against-                                19 **CIVIL** 2493 (CS)

**JUDGMENT**

PRISCILLA LEDBETTER, MELINDA VICK,
LEROY FIELDS, LAURIE CAMPBELL,
DAMON GLOVER, EBONY BLACKE,

                      Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 22, 2020, Defendants' motion to dismiss is granted; Judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York
          May 26, 2020

                                                 **RUBY J. KRAJICK**
                                                 _____
                                                 Clerk of Court
                              **BY:**
                                                 _____
                                                   Deputy Clerk